In the Matter of the Judicial Settlement of the Accounts of Charles S. Collyer, as Administrator, etc., of Elizabeth Collyer, Deceased. In the Matter of the Motion of Henry M. Collyer, as Administrator, etc., of William Edwin Collyer, Deceased, Appellant, That Fanny Collyer, as Executrix, etc., of Charles S.

Collyer, as Administrator of Elizabeth Collyer, Respondent, Pay Money into Court.— Order of the Surrogate's Court of Westchester county affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Felix Januszewicz, Respondent, v. Charles K. Leicht, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.